**Order entered August 4, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00548-CR

**WALTER TROY LLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75605-U**

## ORDER

Before the Court is appellant's August 2, 2017 motion to extend time to file his pro se response. On July 27, 2017, this Court informed appellant that his attorney had filed an *Anders* brief and informed him of his right to file a pro se response to that brief by September 1, 2017. Although it appears appellant did not have the benefit of our July 27, 2017 letter when he sent his request for more time, we nevertheless **GRANT** his request to the extent his pro se response is due by **September 22, 2017**.

We **DIRECT** the Clerk to send a copy of this order by mail to Walter Troy Lloyd, TDCJ # 02066326, Allred Unit, 2101 FM 369 North, Iowa Park, Texas 76367.

/s/     LANA MYERS
           JUSTICE